

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2014

No. 04-13-00884-CV

Kenneth Mark **DORROUGH,**
Appellant

v.

John Murray **FAIRCLOTH** and Helen Bowen,
Appellees

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CV-11-320
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On December 12, 2013, appellant filed his notice of accelerated appeal. In the notice of appeal, appellant states that he is appealing from a judgment signed November 24, 2013 denying his motion for reconsideration of denial of his motion for summary judgment on the basis of immunity. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(5) (West Supp. 2013). Our review of the clerk's record reflects that appellant's motion for summary judgment on the basis of immunity was denied and signed on February 22, 2013; this is the date from which the appellate timetable runs. Thus, appellant's notice of appeal was due to be filed on or before March 14, 2013, i.e., twenty days from the date the order denying the motion for summary judgment was signed. *See* TEX. R. APP. P. 26.1(b), 26.3; *see also* TEX. R. APP. P. 28.1(b) (post-trial motion does not extend time to perfect accelerated appeal). Appellant's notice of appeal, however, was not filed until December 12, 2013. Absent the filing of a timely notice of appeal, we lack jurisdiction over this appeal. *See Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997) (holding that once extension period has passed, a party can no longer invoke an appellate court's jurisdiction).

Accordingly, we ORDER appellant to show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2014.

Keith E. Hottle
Clerk of Court

